

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

NO. WR-83,008-07

### EX PARTE WARREN KEITH RODGERS, Applicant

**ON APPLICATION FOR A WRIT OF HABEAS CORPUS
CAUSE NO. 16,940-2001-B IN THE 402ND DISTRICT COURT
FROM WOOD COUNTY**

*Per curiam. Keller, P.J., filed a dissenting opinion in which Hervey and Yeary, J.J., joined.*

### O P I N I O N

Pursuant to the provisions of Article 11.07 of the Texas Code of Criminal Procedure, the clerk of the trial court transmitted to this Court this application for a writ of habeas corpus. *Ex parte Young*, 418 S.W.2d 824, 826 (Tex. Crim. App. 1967). Applicant was convicted of two counts of murder and sentenced to two terms of life in prison. The appellate court affirmed, and Applicant's initial habeas application was denied by this Court. *Rodgers v. State*, No. 06-03-00081-CR (Tex. App.—Texarkana Mar. 25, 2005); *Ex parte Rodgers*, No. WR-83,008-02 (Tex. Crim. App. May 20, 2015).

In this subsequent habeas application, Applicant contends that his trial counsel had a conflict

of interest and provided ineffective assistance of counsel. These claims are barred as subsequent. TEX. CODE CRIM. PROC. ART. 11.07 § 4. Applicant also alleges that he is actually innocent of one of the murders because the indictment for both counts of conviction alleges that he killed the same victim. The application was remanded to the trial court for further findings.

On remand, the trial court finds, "Applicant was convicted only once by a jury for the offense of Murder and sentenced to Life in the Texas Department of Criminal Justice, Institutional Division and a fine assessed for $10,000." Even so, the judgment of conviction states "TWO COUNTS" on it, and prison officials therefore entered two murder convictions and two life sentences in its records.

Relief is granted. The judgment in Cause No. 16,940-2001-B in the 402nd District Court of Wood County is reformed to remove "TWO COUNTS" from it so that it reflects conviction of one murder, one life sentence, and one fine of $10,000.

Copies of this opinion shall be sent to the Texas Department of Criminal Justice-Correctional Institutions Division and Pardons and Paroles Division.


Delivered: November 15, 2017
Do not publish